UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   ALTHEIA LEO ALSTON                           CASE NO. 20-10019
   205 REECE AVE APT D                        JUDGE BENJAMIN A. KAHN
   RANDLEMAN, NC  27317

       DEBTOR

SSN(1) XXX-XX-1184                         DATE:  08/20/2020

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE NA<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $879.48<br>INT:  .00%<br>NAME ID: 135165<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT: 1792<br>COMMENT:  KOHLS |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $5,333.15<br>INT:  .00%<br>NAME ID: 153461<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 7377<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1184<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,290.61<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #:  0015 | (U) UNSECURED<br><br>ACCT: 9511<br>COMMENT: 720TFCL |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,279.92<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0005 | (U) UNSECURED<br><br>ACCT: 8462<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,755.05<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 6069<br>COMMENT: CREDIT ONE |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $3,882.43<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 9517<br>COMMENT: 520TFCL |
| MASSEYS<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $248.18<br>INT:  .00%<br>NAME ID: 150269<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT: 0A2Y<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 1184<br>COMMENT: |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $1,283.93<br>INT: .00%<br>NAME ID: 161576<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 1537<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,114.10<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0004 | | (U) UNSECURED<br><br>ACCT: 4871<br>COMMENT: HELZBERG DIAMOND SHOP |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $1,463.51<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0006 | | (U) UNSECURED<br><br>ACCT: 2058<br>COMMENT: CATHERINES |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $141.08<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0007 | | (U) UNSECURED<br><br>ACCT: 4171<br>COMMENT: JESSICA LONDON |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $743.00<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0008 | | (U) UNSECURED<br><br>ACCT: 8171<br>COMMENT: LANE BRYANT |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0016 | | (S) SECURED<br>SURRENDERED<br>ACCT: 2704<br>COMMENT: OC,SHARES,REL |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $5,956.49<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0019 | | (U) UNSECURED<br><br>ACCT: 2704<br>COMMENT: SPLIT |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $304.53<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: 2900<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $142.01<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0018 | | (U) UNSECURED<br><br>ACCT: 2463<br>COMMENT: |
| **TOTAL:** | **$26,817.47** | | |
| B PETER JARVIS ESQ<br>TENNANT LAW OFFICES PC<br>10821 N MAIN ST<br>P O BOX 4585<br>ARCHDALE, NC  27263 | $2,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  08/20/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice